ROBERT MARTIN, as Executor, Appellant, *v.* CATHERINE N. E. HICKS, Respondent.

CATHERINE N. E. HICKS, Respondent, *v.* ROBERT MARTIN, as Executor, Appellant.

*Perpetuating testimony of witness — right of party.*

The perpetuation of the testimony of any witness within this State, by any party to a suit, is a matter of right in cases where the facts required by the statute are shown to the proper court or officer, and the application appears to be made in good faith.

APPEAL from an order denying a motion to vacate an order made in the above entitled actions, to perpetuate the testimony of a witness.

*Joseph Larocque,* for appellant. *John A. Wright,* for respondent.

Opinion by DAVIS, P. J. BRADY and DANIELS, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.